IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-00731-CBS         Date: May 11, 2015
Courtroom Deputy: Amanda Montoya       FTR – Reporter Deck-Courtroom A402

*Parties:*                             *Counsel:*

ESPERANZA RAPP,                        John McKendree

Plaintiff,

v.

IMENSION DEVELOPMENT                   Daniel Perkins
COMPANY, *et al.,*                     Lawrence Lee

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 08:59 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**  *Defendant's MOTION [10] for Partial Dismissal* is **MOOT.**

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

Parties agree to consent to the jurisdiction of a Magistrate Judge and will fill out the required form after the hearing.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Discovery Cut-off: **December 11, 2015**
Dispositive Motions Deadline: **January 15, 2016**
Parties shall designate affirmative experts **on or before: October 9, 2015**
Parties shall designate rebuttal experts **on or before: November 6, 2015**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**FINAL PRETRIAL & TRIAL PREPARATION CONFERENCE** is set for **March 31, 2016 at 10:00 a.m.**

Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
A **5 day** jury trial is set to commence on **May 23, 2016 at 8:30 a.m.**

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 09:13 a.m.**
Total time in court:     00:14

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.